IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUN 21 2017
BY___ARTHUR JOHNSTON___DEPUTY

UNITED STATES OF AMERICA

v.                                                          Criminal No. 3:17cr76 TSL-LRA

M. C. GAYDEN                                    18 U.S.C. § 922(g)(1)
a/k/a M.C. Gayden, Jr.                       18 U.S.C. § 922(j)

**The Grand Jury charges:**

## COUNT 1

That on or about July 28, 2016, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **M.C. GAYDEN, a/k/a M.C. Gayden, Jr.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate and foreign commerce three firearms, that is a Palmetto State Armory .223 caliber rifle, a Remington 12 gauge shotgun, and a Taurus .45 caliber handgun, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## COUNT 2

That on or about July 28, 2016, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **M.C. GAYDEN, a/k/a M.C. Gayden, Jr.**, knowingly possessed two stolen firearms, that is, a Palmetto State Armory .223 caliber rifle and a Taurus .45 caliber handgun, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of Sections 922(j) and 924(a)(2), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses,

including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

**Twenty (20) rounds of .223 caliber ammunition**

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code, and Section 2461(c), Title 28, United States Code.

HAROLD BRITTAIN
Acting United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 21st day of June, 2017.

UNITED STATES MAGISTRATE JUDGE

2